UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:  SONJA K BROWN                               Chapter 13 Bankruptcy

         Debtor                                     Case No.   15-30228 GMH

**AFFIDAVIT OF CHAPTER 13 STANDING TRUSTEE'S OFFICE
IN SUPPORT OF MOTION DISMISSING CASE**

STATE OF WISCONSIN)
                   ) ss
MILWAUKEE COUNTY)

The undersigned, being first duly sworn on oath, deposes and states as follows:

1. The Chapter 13 Standing Trustee previously filed a Motion to Dismiss the above referenced case.

2. An Order Approving Stipulation By and Between the Parties Allowing Withdrawal of the Trustee's Motion to Dismiss was signed on July 27, 2016. The order required the Debtor to pay $2,597.00 monthly, or such other amount as specified under the terms of any subsequent Chapter 13 plan confirmed by this Court, to the Office of the Chapter 13 Trustee at P.O. Box 730, Memphis, TN 38101-0730 on or before the last day of each month commencing with August 2016.

3. The Order further provided that should the Debtor fail to make the equivalent of one monthly payment through and including January 2017, as provided above, the Trustee could submit an Affidavit of Default and an Order Dismissing Case without further notice or hearing.

4. To date, the Debtor has failed and neglected to make the required payments. The Trustee's most recent Case Status Report and Receipts Statement relative to this case are attached hereto.

5. This affidavit is made in support of an Order Dismissing Case.

/s/_____
Tongula Washington
Administrative Assistant to
Mary B. Grossman, Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
(414) 271-3943

Subscribed and Sworn to before me this October 13, 2016.

/s/_____
Sarah Sekeres
Notary Public, State of Wisconsin
My Commission Expires:  5/24/2019.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

___

In Re: SONJA K BROWN  Chapter 13 Bankruptcy

Debtor  Case No. 15-30228 GMH

___

**CERTIFICATE OF SERVICE**
___

I hereby certify that on October 13, 2016, the **AFFIDAVIT OF CHAPTER 13 STANDING TRUSTEE'S OFFICE IN SUPPORT OF MOTION DISMISSING CASE** in this case was electronically filed with the Clerk of Court and served upon the following parties using the ECF system:

OFFICE OF THE U.S. TRUSTEE
CONSUMER ADVOCATES OF WISCONSIN, LLC

I further certify that I have mailed by United States Postal Service the same document to the following non-ECF participants:

SONJA K BROWN
2620 SOUTH PINE AVE.
MILWAUKEE, WI 53207

Dated: October 13, 2016

/s/_____
Tongula Washington
Administrative Assistant to
Mary B. Grossman, Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
(414) 271-3943